NUMBER 13-02-628-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG


__________________________________________________________________


JORGE LUIS RANGEL , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 138th District Court 

of Cameron County, Texas.

___________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Garza

Opinion Per Curiam


 Appellant, JORGE LUIS RANGEL , perfected an appeal from a judgment entered by the 138th District
Court of Cameron County, Texas, in cause number 2002-CR-289-B . On March 27, 2003 , this cause was
abated, and the trial court was directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). 
The trial court's findings and recommendations were received on April 29, 2003 . The trial court found that
the appellant has abandoned his appeal.

 The Court, having considered the documents on file and the trial court's findings and recommendations, is of
the opinion that the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).



Opinion delivered and filed this

the 29th day of May, 2003 .